UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KAREN JENKINS** | § | Docket No. 2:23-cv-04460 |
| | § | |
| **Versus** | § | Judge: BARRY W ASHE |
| | § | |
| **BANKERS INSURANCE COMPANY** | § | Magistrate Judge: KAREN WELLS ROBY |

## VOLUNTARY MOTION TO DISMISS

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss for the reasons set forth below.

1. Plaintiff, KAREN JENKINS, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 26, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Upon consulting with opposing counsel at Ungarino & Maldonado, it came to undersigned counsel's attention that the Plaintiff did not have a policy with Defendant, BANKERS INSURANCE COMPANY.

6. Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

                                                  Respectfully Submitted,

                                                  */s/ Chinwe Onyenekwu*
                                                  Chinwe Onyenekwu
                                                  Louisiana Bar Number: 34013
                                                  chewa@galindolaw.com

                                                  */s/ Mark Ladd*
                                                  Mark Ladd
                                                  Louisiana Bar Number: 30847
                                                  mark@galindolaw.com

                                                  Harry E. Cantrell, Jr.
                                                  Louisiana Bar Number: 03852
                                                  OF Counsel

                                                  Galindo Law Firm
                                                  3850 North Causeway Blvd. Ste. 1520
                                                  Metairie, Louisiana 70002
                                                  Ph. 713-228-3030
                                                  Fax 713-228-3003
                                                  Email: hurricane@galindolaw.com
                                                  **ATTORNEYS FOR PLAINTIFF`**